# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 5:19-cv-00469-MHH |
| } | |
| **ENERGY TRANSPORT, LLC d/b/a** } | |
| **Harrison Trucking, et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

Plaintiff has filed an Unopposed Motion to Dismiss Marathon Petroleum Corporation. (Doc. 19). The Court grants the motion and **ORDERS** that plaintiff's claims against Marathon Petroleum Corporation are **DISMISSED WITHOUT PREJUDICE**. This dismissal does not affect any of the plaintiff's other remaining claims.

**DONE** and **ORDERED** this September 17, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE