# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ENERGY TRANSPORT LLC d/b/a** | ) |
| **HARRISON TRUCKING;** | ) Case No.: 5:19-CV-469 |
| **CASSANDRA MORTON; MPLX** | ) |
| **TERMINALS LLC,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

COME NOW the parties, by and through their undersigned counsel of record, to advise the Court that a settlement has been reached. Due to the current health pandemic associated with COVID-19, the parties are still in the process of finalizing executed, notarized signatures to the Release Agreement. The parties are in agreement that as soon as practically possible, the parties will file a joint stipulation of dismissal.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request an additional thirty (30) days to complete duly executed and notarized signatures to the Release Agreement, at which time a Joint Stipulation of Dismissal will be submitted to this Honorable Court.

[020026-00021/1598555/1]

Respectfully submitted on the 21st day of July, 2020.

/s/ John W Johnson II
John W Johnson II (ASB-1471-H69J)
Attorney for Plaintiff
Canal Insurance Company

**OF COUNSEL:**

**CHRISTIAN & SMALL LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
jwjohnson@csattorneys.com

/s/ L. Franklin Corley IV
L. Franklin Corley IV
Attorney for Defendants Cassandra Morton and Energy Transport

**LANIER FORD**
2101 West Clinton Ave., Suite 102
Post Office Box 2087
Huntsville, AL 35804-2087
Telephone: (256) 535-1100
Facsimile: (256) 533-9322
lfc@lanierford.com

/s/ J. David Moore
J. David Moore
Attorney for Defendant MPLX Terminals LLC

**JONES WALKER LLP**
420 20th Street North
Suite 1100
Birmingham, AL 35203
Telephone: (205) 244-5287
Facsimile: (205) 244-5400
dmoore@joneswalker.com

[020026-00021/1598555/1]