# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **ENERGY TRANSPORT LLC d/b/a HARRISON TRUCKING; CASSANDRA MORTON; MPLX TERMINALS LLC,** | ) Case No.: 5:19-CV-469 |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated that the above-styled action may be dismissed with prejudice, each party to bear his/her/its own cost.

Respectfully submitted on the 24th day of September, 2020.

/s/ *Priscilla K. Williams*
John W Johnson II (ASB-342-A43N)
Attorney for Plaintiff
Canal Insurance Company

**OF COUNSEL:**

**CHRISTIAN & SMALL LLP**
505 20th Street North
Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
pkwilliams@csattorneys.com

[020026-00021/1624117/1]

|  |  |
|---|---|
| **LANIER FORD**<br>2101 West Clinton Ave., Suite 102<br>Post Office Box 2087<br>Huntsville, AL 35804-2087<br>Telephone: (256) 535-1100<br>Facsimile: (256) 533-9322<br>lfc@lanierford.com | /s/ *L. Franklin Corley IV*<br>L. Franklin Corley IV<br>Attorney for Defendants Cassandra Morton and Energy Transport |
| **JONES WALKER LLP**<br>420 20th Street North<br>Suite 1100<br>Birmingham, AL 35203<br>Telephone: (205) 244-5287<br>Facsimile: (205) 244-5400<br>dmoore@joneswalker.com | /s/ *J. David Moore*<br>J. David Moore<br>Attorney for Defendant MPLX Terminals LLC |