# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 5:19-cv-00469-MHH |
| **ENERGY TRANSPORT, LLC, et al.,** | } |
| **Defendants.** | } |

## ORDER

The parties have filed a Joint Stipulation of Dismissal. (Doc. 28). The Court ORDERS that this action is dismissed with prejudice, with each party to bear its own costs. The Court directs the Clerk of Court to please close the file.

**DONE** and **ORDERED** this September 24, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE